UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     **Sealed**
                                         INDICTMENT
         - v. -                    :
                                         04 Cr. 577
JEROME ALLMACHER,                  :
    a/k/a "Jerry,"
                                   :
              Defendant.
                                   :
- - - - - - - - - - - - - - - - - - x

04-5173-AEV

## COUNT ONE

The Grand Jury charges:

1. From in or about at least May 2000, up to and including in or about August 2001, in the Southern District of New York and elsewhere, JEROME ALLMACHER, a/k/a "Jerry," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of said conspiracy that JEROME ALLMACHER, a/k/a "Jerry," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, thousands of pills containing a detectable amount of methylenedioxymeth-amphetamine ("MDMA"), commonly known as "Ecstasy," a controlled substance, in violation of Sections 812, 841(a)(1), and 841(b)(1)(C) of Title 21, United States Code.

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _Mauela De Jesus_
DEPUTY CLERK
7/22/04

## Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, JEROME ALLMACHER, a/k/a "Jerry," the defendant, committed the following overt acts, among others, in the Southern District of New York, and elsewhere:

    a. In or about the Summer of 2000, ALLMACHER, and two co-conspirators not named in this Indictment, drove from New York City to the vicinity of Westwood, Massachusetts, to deliver approximately ten to fifteen thousand pills of MDMA to another co-conspirator ("CC-1"), not named in this Indictment.

    b. In or about the Summer of 2000, ALLMACHER drove from New York City to a McDonald's Restaurant in the vicinity of the Foxwoods Casino in Mashantucket, Connecticut, to deliver approximately five to six thousand pills of MDMA to CC-1.

    c. In or about July of 2001, ALLMACHER received approximately $35,000 via mail from a co-conspirator ("CC-2"), not named in this Indictment, as payment for approximately 5,000 pills of MDMA that were previously advanced to CC-2.

    d. On or about July 11, 2001, ALLMACHER spoke via telephone with CC-2 about CC-2's payment for pills of MDMA.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
DAVID N. KELLEY
United States Attorney

2